## DAVIS v. STATE.
### No. 26171.

Court of Criminal Appeals of Texas.
Jan. 14, 1953.

Hood & Hood and H. M. Hood, all of Borger, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for rape by force, with punishment assessed at thirty years in the penitentiary.

The joint motion of the state and appellant seeking to have this appeal dismissed because of an insufficient notice of appeal is granted.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.

## BRYANT v. STATE.
### No. 26154.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The appeal is from a conviction for possession of marihuana, the jury having assessed the punishment at eight years in the penitentiary.

The record is before us without a statement of facts or bills of exception and the proceedings appear to be regular.

The judgment is affirmed.